IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marie Joseph, Derivatively on behalf of
Nominal Defendant Columbia Oldsmobile Co., :

    Plaintiff(s),

vs.

Pond Realty Company, et al.,

    Defendant(s).

Case Number: 1:19cv641

Judge Susan J. Dlott

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the Clerk of this Court for reassignment.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Court