AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| MARIE A. JOSEPH, derivatively on behalf of Columbia Oldsmobile Company, | ) |
| *Plaintiff* | ) |
| v. | ) |
| POND REALTY COMPANY, *et al.,* | ) |
| *Defendants* | ) |

Civil Action No.   1:19-cv-641

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Defendants' motions to dismiss (Docs. 7, 10) are GRANTED; The Complaint is DISMISSED with prejudice; and the Case is terminated.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Timothy S. Black, U.S. District Judge   on motions to dismiss (Docs. 7, 10)

Date:   11/1/2022

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*