# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MARIE JOSEPH, Derivatively on Behalf of Nominal Defendant COLUMBIA OLDSMOBILE COMPANY<br><br>  Plaintiff,<br><br>v.<br><br>POND REALTY COMPANY, *et al.*<br><br>  Defendants,<br><br>  and<br><br>COLUMBIA OLDSMOBILE COMPANY<br><br>  Nominal Defendant. | Case No. 1:19-cv-00641<br><br>Judge Timothy S. Black<br><br>**NOTICE OF APPEAL** |

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff Marie Joseph hereby provides notice to Defendants Pond Realty Company and Ned R. Van Emon and Nominal Defendant Columbia Oldsmobile Company that Plaintiff appeals to the United States Court of Appeals for the Sixth Circuit from the Order Granting Defendants' Motions to Dismiss (Docs. 7, 10), Dismissing the Complaint (Doc. 1) and Case with Prejudice, entered by the Court on November 1, 2022 (Doc. 14), and any adverse orders, rulings, decrees, decisions, and opinions entered in this case.

Respectfully submitted,

 */s/ Kevin L. Murphy*
Kevin L. Murphy (#0021810)
J. Jeffrey Landen (#0018174)
MURPHY LANDEN JONES PLLC
2400 Chamber Center Drive, Suite 200
P.O. Box 17534
Fort Mitchell, KY 41017-0534
Telephone: (859) 578-3060
Fax: (859) 578-3061
kmurphy@MLJfirm.com
jlanden@MLJfirm.com
*Attorneys for Plaintiff Marie Joseph,*
*Derivatively on Behalf of*
*Columbia Oldsmobile Company*

## **CERTIFICATE OF SERVICE**

I certify that on the 30th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

*/s/ Kevin L. Murphy*
Kevin L. Murphy